UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN FITE,<br><br>    Petitioner,<br><br>v.<br><br>MIKE MARTEL (A Warden),<br><br>    Respondent. | Case No. CV 08-00678 AHM (JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 29, 2011

                                              _____
                                              HONORABLE A. HOWARD MATZ
                                              UNITED STATES DISTRICT JUDGE

**JS-6**